# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT NASHVILLE

### JULY SESSION, 1997

**FILED**

February 20, 1998

Cecil W. Crowson
Appellate Court Clerk

| | | |
|---|---|---|
| **Franko D. Fykes,** | ) | **C.C.A. NO. 01C01-9611-CR-00490** |
| | ) | |
| Appellant, | ) | |
| | ) | |
| | ) | **DAVIDSON COUNTY** |
| **VS.** | ) | |
| | ) | **THOMAS H. SHRIVER. JUDGE** |
| **STATE OF TENNESSEE,** | ) | |
| | ) | |
| Appellee. | ) | **(Post Conviction)** |

FOR THE APPELLANT:

Franko Donell Fykes, Pro Se
TDOC No. 109999
Cold Creek Correctional Facility
P.O. Box 1000
Henning, TN 38041-1000

FOR THE APPELLEE:

John Knox Walkup
Attorney General and Reporter

Lisa A. Naylor
Assistant Attorney General
450 James Robertson Parkway
Nashville, TN 37243

Victor S. Johnson
District Attorney General

Nick Bailey
Assistant District Attorney
Washington Square, Ste 500
Nashville, TN 37201-1649

OPINION FILED _____

AFFIRMED PURSUANT TO RULE 20

JERRY L. SMITH, JUDGE

# OPINION

In this appeal of the summary dismissal of his post-conviction petition Appellant, Franko Donell Fykes, asks this Court to review the validity of his conviction entered upon his pleas of guilty on March 20, 1986. Appellant pled guilty to aggravated rape and burglary of an automobile. As part of the plea agreement Appellant received sentences totaling forty-four years.

Without acknowledging his post-conviction petition was time-barred under the three year statute of limitations in effect when his conviction became final, Appellant argues that the enactment on May 10, 1995, of the new one year statute of limitations for post-conviction petitions creates a new one year period in which he may file for post-conviction relief. Our State Supreme Court has only recently resolved this issue adversely to Appellant's position. Carter v. State, Monroe Co., No. 03-S-01-9612-CR-00117 (Tenn. S. Ct. September 8, 1997, at Knoxville). Thus the petition for post-conviction relief was properly dismissed.

Accordingly, the judgment of the trial court is affirmed in all respects pursuant to Rule 20, Rules of the Court of Criminal Appeals. Costs of the appeal will be taxed to the Appellant.

_____
JERRY L. SMITH, JUDGE

CONCUR:

_____
PAUL G. SUMMERS, JUDGE

_____-3-___

DAVID G. HAYES, JUDGE